IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                                                         CRIMINAL NO. 1:01CR72DCB

JOHN ALTON KNIGHT                                                           DEFENDANT

ORDER ALLOWING REMISSION OF FINE

This cause came on for consideration on United States' Motion for Remission of Fine [#42] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well taken and should be granted.

Wherefore, all of the unpaid portion of the fine imposed on May 7, 2002, is hereby remitted.

SO ORDERED this the 1st day of September, 2016.

                                        s/David Bramlette
                                        HONORABLE DAVID C. BRAMLETTE
                                        UNITED STATES DISTRICT JUDGE